IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    4:11-CR-00288-BRW

BRANDON COLE MCCORMACK

## ORDER

The Government's Motion to Unseal Indictment is GRANTED. The Clerk of the Court is directed to unseal the Indictment.

IT IS SO ORDERED this 21st day of December, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE